UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT HAROLD EMMONS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-MC-27 |
| | ) | (VARLAN/GUYTON) |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the Order [Doc. 5] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of the plaintiff's *pro se* Motions for Suspension of Rules. [Doc. 3] The plaintiff moves the Court to suspend the Federal Rules of Civil Procedure in this matter. The Court notes that in attempting to file this lawsuit, the plaintiff filed an application for leave to proceed in forma pauperis, but neglected to include any of the financial information necessary for the Court to determine whether the plaintiff qualified for such a filing. Should the plaintiff wish to proceed in forma pauperis, he must file the necessary documentation. If the plaintiff does not wish to proceed in forma pauperis, then he may make the necessary filings and pay the appropriate filing fee. The plaintiff has given no reason why he cannot provide the information necessary for the Court's in forma pauperis determination, and the Court sees no reason to suspend the rules to allow the plaintiff

to proceed without providing the necessary information. Accordingly, the plaintiff's motion [Doc. 3] is hereby **DENIED**.

        **IT IS SO ORDERED.**

                                      **ENTER:**

                                            <u>s/ H. Bruce Guyton</u>
                                        United States Magistrate Judge